## FIRST DISTRICT.

The Avalon Club, appellee, v. City of Chicago et al., appellants. Gen. No. 31,467.

Appeal from permanent injunction restraining interference with a social club's members or their arrest, or threats thereof. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed May 17, 1927.

Francis X. Busch, Corporation Counsel, for appellants; Leon Hornstein and James I. McCarthy, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Moses Levitan, appellee, v. M. G. Wolf and Mrs. M. G. Wolf, appellants. No. 31,489.

Judgment for plaintiff affirmed on appeal after bill of exceptions was stricken as filed too late through appellants' fault. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 17, 1927. Rehearing denied May 28, 1927.

Jacob Levy, for appellants; James M. Gwin, of counsel. Harry H. Krinsky, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Woodbridge Ornamental Iron Company, appellee, v. Sovereign Hotel Corporation, appellant. Gen. No. 31,499.

Action for work and material furnished. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 17, 1927.

Sonnenschein, Berkson, Lautmann & Levinson, for appellant. Good, Childs, Bobb & Wescott, for appellee; Walter E. Beebe, of counsel.

Mr. Justice Barnes delivered the opinion of the court.